# **EXHIBIT 4**









SELECT COLOR









